[No. 64900-1-I. Division One. May 17, 2010.]

*In the Matter of the Personal Restraint of* TONY PENWELL, *Petitioner.*

Petition for relief from personal restraint. *Granted* and *remanded* by unpublished per curiam opinion.

[No. 64935-3-I. Division One. May 17, 2010.]

RONALD RENFRO ET AL., *Appellants*, v. PARAMINDER KAUR ET AL., *Respondents*.

Appeal from a judgment of the Superior Court for Pierce County, No. 07-2-07907-1, Lisa R. Worswick, J., entered December 12, 2008. *Affirmed in part* and *remanded* by unpublished opinion per Lau, J., concurred in by Cox and Appelwick, JJ. Now published at 156 Wn. App. 655.

[No. 64946-9-I. Division One. May 17, 2010.]

THE STATE OF WASHINGTON, *Respondent*, v. CASEY RAY BIRCHER, *Appellant*.

Appeal from a judgment of the Superior Court for Lewis County, No. 08-1-00504-1, Nelson E. Hunt, J., entered February 25, 2009. *Reversed* by unpublished opinion per Dwyer, C.J., concurred in by Leach, J., and Meyer, J. Pro Tem.

[No. 64962-1-I. Division One. May 17, 2010.]

LaSALLE BANK NATIONAL ASSOCIATION, *as Trustee, Appellant*, v. PATRICIA L. VOGTMAN, *Defendant*, LISA L. GHRAMM, *Individually and as Personal Representative, Respondent.*

Appeal from a judgment of the Superior Court for Pierce County, No. 08-2-11367-7, Frederick W. Fleming, J., entered June 26, 2009. *Affirmed* by unpublished opinion per Spearman, J., concurred in by Becker and Schindler, JJ.